FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-2807
_____

JAMES MITCHELL,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


June 16, 2026

PER CURIAM.

   AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


James Mitchell, pro se, Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.